**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tangi, John T.  
        Debtor(s)

CHAPTER 13

BKY. NO. 17-11077 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5177

                                      Respectfully submitted,

                                      **/s/Brian C. Nicholas, Esquire**  
                                      Brian C. Nicholas, Esquire  
                                      Thomas Puleo, Esquire  
                                      KML Law Group, P.C.  
                                      701 Market Street, Suite 5000  
                                      Philadelphia, PA 19106-1532  
                                      (215) 825-6306  FAX (215) 825-6406