United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John T. Tangi  
    Debtor

Case No. 17-11077-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jun 15, 2017  
                       Form ID: pdf900    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
```
db            +John T. Tangi,    100 W Plumstead Ave,    Lansdowne, PA 19050-1306
13867470       Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
13877842      +Franklin Mint Federal Credit Union,    c/o CORINNE SAMLER BRENNAN,
                Klehr Harrison Harvey Branzburg LLP,    1835 Market Street, Suite 1400,
                Philadelphia, PA 19103-2945
13877456      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13867472       Rushmore Loan Management Services,    Customer Service Department,    PO Box 55004,
                Irvine, CA 92619-5004
13867473      +Stone & Stone, LLC,    2910 Edgmont Ave Ste 100,    Parkside, PA 19015-3236
13867474      +Vitti & Vitti & Associates, PC,    215 Fourth Ave,    Pittsburgh, PA 15222-1707
13901052      +Wilmington Savings Fund Society FSB,    dba Christiana Trust for Pretium Mortg,
                c/o BRIAN CRAIG NICHOLAS,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:14:07     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2017 01:14:23     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 01:09:24     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13889433      +E-mail/Text: traciw@fmfcu.org Jun 16 2017 01:13:55     Franklin Mint Federal Credit Union,
                1974 Sproul Road, Suite 300,    Broomall, PA 19008-3402
13867471      +E-mail/Text: traciw@fmfcu.org Jun 16 2017 01:13:55     Franklin Mint Federal Credit Union,
                1974 Sproul Rd Ste 404,    Broomall, PA 19008-3402
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com
              REX J. ROLDAN    on behalf of Debtor John T. Tangi Roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN T. TANGI                                  Chapter 13

                        Debtor        Bankruptcy No. 17-11077-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: June 15, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
REX J. ROLDAN ESQ
900 ROUTE 168
SUITE I-4
TURNERSVILLE, NJ 08012


Debtor:
JOHN T. TANGI

100 W Plumstead Ave

Lansdowne, PA 19050